UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERNEST RONDELL GRANDBERRY, | ) | Case No. CV 08-5342-JSL(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| A. HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: March 24, 2009

*Spencer Letts*
_____
J. Spencer Letts
Senior United States District Judge